**My'Ka EL, Plaintiff-Appellant,**

v.

**R. REESE, Officer, Defendant-Appellee,**

and

**Charlotte Mecklenburg Police Department; M. Sullivan, Officer; S. Selogy, Officer; FNU Meyers, Officer; FNU Agape, Officer; K. S. Kodad, Officer; FNU Issac, Officer; FNU Airtone, Lieutenant; S. Mobley; T. Moore; T. Wilson; J. Fletcher, Officer; J. Parker; P. Moore; L.B. Diggs; B. Butler; Nurse FNU Green, Sergeant; M. W. Womble; M. T. Retort; B. Scarey; T. Castano; FNU Stouts, Sergeant; R. Monroe; J. H. Frison; R. Burnett; Bradon Jolly, North Carolina State Trooper; W. L. Canter; Cooper Jerrell, Mecklenburg County Sheriff; FNU Eason; FNU Street, Sergeant; FNU Gant, Sergeant; FNU Hood, Officer; R. Chapman, Mecklenburg County Magistrate, Defendants.**

No. 17-6397

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

My'Ka El, Appellant Pro Se. Daniel Edward Peterson, CITY ATTORNEY'S OFFICE, Charlotte, North Carolina, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

My'Ka El appeals the district court's orders denying his motion for the appointment of counsel and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *El v. Reese*, 3:16-cv-00051-RJC-DCK (W.D.N.C. Aug 18, 2016 & Feb. 28, 2017). We deny El's motion seeking a restraining order and the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*